IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01732-WYD-MJW

JESUS BORREGO and
JOANNE BORREGO,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Protective Order (docket no. 19-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: October 23, 2014