IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01732-WYD-MJW

JESUS BORREGO and
JOANNE BORREGO,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

### ORDER

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed February 23, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 42) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.

Dated:  February 23, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge